IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNA CHRISTIE,

    Plaintiff,                           No. CIV S-08-2215 MCE KJM

    vs.

CITY OF FAIRFIELD, et al.,

    Defendants.                       ORDER

_____/

        This matter is before the court upon the stipulation of the parties for <u>in camera</u> review of documents. Upon review of the submitted documents and the joint stipulation, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        Within five days from the date of this order, defendants shall produce the documents bearing Bates-stamped page numbers 94-150, 220-311, 464-550 and 699-801. Documents produced pursuant to this order shall be used solely for purposes of this litigation.

DATED: November 18, 2009.

_____
U.S. MAGISTRATE JUDGE

006
christie.icr

1