JOHN F. MARTIN, ESQ. (CA Bar No. 52618)
DENISE CARDOSO, ESQ. (CA Bar No. 245419)
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:  (925) 937-5433
Facsimile:   (925)938-5567

Attorneys for Plaintiff,
JEANNA CHRISTIE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNA CHRISTIE,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD; OFFICER K. ROMBACH; OFFICER J. GLASHOFF; and DOES 1-10, et al.<br><br>           Defendants. | Case No.: 08-CV-02215<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>**Honorable Morrison C. England, Jr.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jeanna Christie ("Christie") and Defendants City of Fairfield, Officer K. Rombach, and Officer J. Glashoff (collectively, "Fairfield") by and through their counsel of record, respectfully submit the present stipulation dismissing Christie's complaint in Case No. 08-CV-02215.  The parties further agree Christie and Fairfield shall bear their own costs associated with the maintenance and defense of Case No. 08-CV-02215 and all actions.  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

      1.     <u>Dismissal with prejudice</u>.  Plaintiff Christie hereby dismisses with prejudice her complaint in Case No. 08-CV-02215 captioned "Jeanna Christie v. City of Fairfield; Officer K. Rombach; Officer J. Glashoff; and Does 1-10, et al." presently pending before this Court.

2. <u>Costs</u>.  Christie and Fairfield shall bear their own costs and fees incurred in the prosecution and defense of Case No. 08-CV-02215.  In no event shall any party to Case No. 08-CV-02215 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense, or dismissal with prejudice of Case No. 08-CV-02215.

Dated: November 25, 2009

Respectfully submitted,

LAW OFFICES OF JOHN F. MARTIN, PC

By:  _____/s/_____
John F. Martin, Esq.
Denise M. Cardoso, Esq.
Law Offices of John F. Martin, PC
3100 Oak Road, Suite 230
Walnut Creek, CA  94597
Telephone: (925) 937-5433
Facsimile: (925) 938-5567
Email:  john@johnfmartinlaw.com
Email:  denise@ johnfmartinlaw.com
Attorneys for Plaintiff JEANNA CHRISTIE

Dated: November 25, 2009

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON, PLC

By:  _____/s/_____
Kimberly E. Colwell, Esq.
Kevin E. Gilbert, Esq.
Meyers, Nave, Riback, Silver & Wilson, PLC
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108
Email:  kcolwell@meyersnave.com
Email:  kgilbert@meyersnave.com
Attorneys for Defendants CITY OF FAIRFIELD, OFFICER K. ROMBACH, AND OFFICER J. GLASHOFF

///
///

**ORDER**

Pursuant to the parties' stipulation, Plaintiff's complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

Dated: 11/30/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE